**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL MARKOWITZ, | CV 24-047 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF BURBANK, et al., | |
| Defendants. | |

Pursuant to this Court's April 19, 2024, Minute Order granting the Motion to Dismiss filed by defendants City of Burbank (the "City") and Police Chief Michael Albanese ("Chief Albanese") (collectively, "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment shall be entered on behalf of Defendants;
2. Plaintiff shall take nothing; and
3. Defendants shall have their costs of suit.

DATED: April 21, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE